**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **vs.** | **COURT NO. 1:02cr98DCB** |
| **SHERRY ANN CORD** | **DEFENDANT** |
| **and** | |
| **IMPERIAL PALACE OF MISSISSIPPI** | **GARNISHEE** |

## ORDER QUASHING GARNISHMENT

This cause is before the court on a Motion (#62) filed by the Plaintiff, United States, to quash the Writ of Garnishment issued by the Clerk on October 11, 2012, (#60) in this action on the grounds that the defendant is no longer employed by the garnishee;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action, be and it is hereby quashed, and the garnishee, Imperial Palace, is hereby dismissed.

ORDERED AND ADJUDGED this 24th day of October, 2012.

                                              s/David Bramlette
                                              HONORABLE DAVID C. BRAMLETTE, III
                                              UNITED STATES DISTRICT JUDGE